**Fill in this information to identify the case:**

Debtor name: RSH BY 10565 Inc.
United States Bankruptcy Court for the: Western District of NY
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | WAVES ARCHITECTURE AND ENGINEERING PLLC 81 MILTON ST. Buffalo, NY 14221 | Peter Talty, RA (716) 812-0171 ptalty@WavesAE.com | Professional Services | | | | $15,600.00 |
| 2 | City of Buffalo 50 Delaware Ave Buffalo, NY 14202 | Erica Webb (716) 845-2746 ewebb@nycourts.gov | City Court Fines | | | | $14,000 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1