# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    RSHBY 20565 Inc.

                  Debtor(s)

Case No.: 1−25−10800−CLB
Chapter: 11

Tax ID: 39−3008498

## DEFICIENCY NOTICE

Docket #  *2* − Amended Schedules and/or Statements filed: Filed on behalf of Debtor RSHBY 20565 Inc.. Filed by Attorney (Berger, Richard)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ] Amendment:
    [   ] Amended Schedules must be served upon the supplemental creditors.
    [   ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added.
    To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[   ] Certificate of Personal Financial Management Course Completion (aka Certificate of Debtor Education) is missing. Official Form 423 was discontinued as of December 1, 2024 and can no longer be used to fulfill this requirement. Without this Certificate, this case will be closed without entry of a discharge order.
    To efile: Bankruptcy > Other > Financial Management Course Certificate.

[   ] The caption on the document filed does not match the case caption in CM/ECF.

[   ] Cover Sheet:

[   ] Certificate of service:

[   ] Proposed Order:

[ X ] Other: It appears that amended Schedules and/or Statements were to be filed at Doc. No. 2. However, only the cover sheet was filed. Please note that the Officer's name on the Petition is not legible.

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362−3281. Motion Practice can be found on the Court's website at:* www.nywb.uscourts.gov

[ X ] This document **WILL NOT** be considered by the Court.

[   ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[   ] To efile, **Bankruptcy >**

**\*Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716−362−3200.**

    Date: July 8, 2025                    Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                        By: J. Nieves, Deputy Clerk

Form dfyother/Doc 4
www.nywb.uscourts.gov